STATE OF CONNECTICUT *v.* BETHZAIDA PADUA

STATE OF CONNECTICUT *v.* WILFREDO CALVENTE

STATE OF CONNECTICUT *v.* MIRANDA
VIRGILIA CALVENTE

The Supreme Court docket number is SC 16916.

*Moira L. Buckley,* deputy assistant public defender, in support of the petition.

*Michele C. Lukban,* assistant state's attorney, in opposition.

Decided January 22, 2003

STATE OF CONNECTICUT *v.* BETHZAIDA PADUA

STATE OF CONNECTICUT *v.* WILFREDO CALVENTE

STATE OF CONNECTICUT *v.* MIRANDA
VIRGILIA CALVENTE